**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Cronkite                              , ) | |
|                   Plaintiff,  ) | |
| )  | |
| vs.                                   ) | Case No. CIV- 20-250-G |
| )  | |
| Oklahoma Attorney General        ,  ) | January 11, 2022 Trial Docket |
|                  Defendant.   ) | |

## SCHEDULING ORDER

Date 05/10/2021      Judge  Charles B. Goodwin    Clerk   Jacob Buckle

Appearing for Plaintiff  Amber Hurst

Appearing for Defendant  Justin Grose, Vic Albert

Jury Trial Demanded     X          Non-Jury Trial _____

**THE FOLLOWING DEADLINES ARE SET BY THE COURT**

1. Motions to join additional parties to be filed <u>within 14 days</u>.

2. Motions to amend pleadings to be filed <u>within 14 days</u>.

3. Plaintiff to **file a final** list of **expert witness(es) in chief and submit expert reports to defendant** by <u>08-20-21</u>.**\*** Defendant to **file a final** list of **expert witness(es) in chief and submit expert reports to plaintiff** 21 days thereafter.**\***

4. Plaintiff to **file a final** list of **witnesses**, together with addresses and brief summary of expected testimony where a witness has not already been deposed, by <u>09-04-21</u>.**\*** Defendant to **file a final** list of **witnesses** (as described above) 14 days thereafter.**\***

5. Plaintiff to **file a final exhibit** list by <u>09-04-21</u>.**\*** Defendant to file objections to plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), 14 days thereafter.

   Defendant to **file a final exhibit** list 14 days after filing of plaintiff's list.**\*** Plaintiff to file objections to defendant's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), 14 days after filing of defendant's list.

   **\*The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.**

6. All dispositive **and** *Daubert* motions to be filed by <u>10-01-21</u>.

7. Discovery to be completed by <u>11-01-21</u>.

   **The deadline for dispositive and *Daubert* motions precedes the discovery deadline. The parties are expected to conduct any discovery necessary for such motions in advance of the motion deadline.**

8.  Trial docket Jan. 11, 2022.**

    **Trial dockets generally begin the second Tuesday of each month; however, this practice varies, particularly during holidays. The published trial docket will announce the trial setting.**

    **The interval between the dispositive motion deadline (para. 6) and the trial docket (para. 8) is inflexible. An extension of time to file or respond to a motion for summary judgment, if granted, will likely affect the trial setting.**

9.  Designations of deposition testimony to be used at trial: 12-13-21. Objections and counter-designations to be filed by 12-20-21. Objections to counter-designations to be filed by 12-27-21.

10. Motions in limine (other than *Daubert* motions, which are due when required by par. 6, above) to be filed by 12-13-21.

11. Requested voir dire to be filed by 12-13-21.

12. Trial briefs (optional unless otherwise ordered) to be filed by 12-13-21.

13. Requested jury instructions and proposed verdict forms to be filed on or before 12-13-21.***

14. Proposed findings and conclusions of law to be filed no later than _____.***

    ***In addition to filing, the parties shall submit their proposed jury instructions and verdict forms or findings of fact and conclusions of law in Word format to the Clerk via the Court's designated mail box: goodwin-orders@okwd.uscourts.gov.**

15. Any objection or responses to the trial submissions referenced in paragraphs 10, 11, 12, 13 or 14 to be filed **within seven (7) days. Replies, if warranted, to be filed within three (3) days.**

16. The Final Pretrial Report, approved by all counsel, and in full compliance with Local Rules (see Appendix IV), to be filed no later than 12-13-21. **A proposed order approving the report shall be submitted to the Clerk via the Court's designated mail box: goodwin-orders@okwd.uscourts.gov.**

17. Parties in civil cases will be expected to have engaged in private mediation or a judicial settlement conference, or to have been expressly excused by the Court from that requirement, **prior to the trial docket**

18. Except as may be otherwise specifically ordered by the assigned judge, this case will not be scheduled for a judicial settlement conference unless, within ten calendar days after the trial docket is published, the parties file a joint motion requesting a judicial settlement conference. The motion shall provide reasons justifying the commitment of court resources to the settlement process, and shall describe the reasons for which efforts to settle the case by other means have been unsuccessful.

19. \_\_\_\_    The parties consent to trial by a Magistrate Judge.

20. Initial disclosures pursuant to Fed.R.Civ.P. 26 have been made \_\_\_\_\_;
    are excused \_\_\_\_\_; or shall be made no later than _____.

21. Other: _____
   _____
   _____.

                                        BY ORDER OF THE COURT
                                        CARMELITA REEDER SHINN, CLERK


                                        By: /s/Jacob Buckle
                                                Deputy Clerk