# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. TERRY CRONKITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-20-250-G |
| | ) | |
| 1. STATE OF OKLAHOMA, ex rel, | ) | |
| OKLAHOMA ATTORNEY GENERAL, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S EXPERT WITNESS LIST

**COMES NOW THE PLAINTIFF** and identifies the following list of experts:

| No. | EXPERT WITNESS | TESTIMONY |
|---|---|---|
| 1. | Dr. Michael A. Scherlag MD<br>Oklahoma Heart Hospital<br>4050 W Memorial Road<br>Oklahoma City, OK 73120<br>(405) 608-3800 | Dr. Scherlag is both a fact and expert witness, is not retained as an expert and is not required to provide an expert witness report. Dr. Scherlag would testify to Plaintiff's coronary artery disease, essential hypertension, hyperlipidemia and related heart conditions, development of new onset symptoms of such conditions including discomfort, as well as the mitigating measures taken to treat the Plaintiff including stress tests, cardiac catherization and a coronary artery bypass graft. This witness is expected to testify to his concerns that transferring Plaintiff to the OBN position would stress and aggravate Plaintiff's medical conditions. |
| 2. | Mark R. Bodenhamer MD<br>Oklahoma Heart Hospital<br>4050 W Memorial Road<br>Oklahoma City, OK 73120<br>(405) 608-3800 | Dr. Bodenhamer is both a fact and expert witness, is not retained as an expert and is not required to provide an expert witness report. Dr. Bodenhamer would testify to Plaintiff's coronary artery disease, essential hypertension, hyperlipidemia and related heart conditions, development of new onset symptoms of such conditions including discomfort, as well as the mitigating measures taken to treat the Plaintiff including |

|  |  | stress tests, cardiac catherization and a coronary artery bypass graft. This witness is expected to testify to his concerns that transferring Plaintiff to the OBN position would stress and aggravate Plaintiff's medical conditions. |
|---|---|---|

**RESPECTFULLY SUBMITTED THIS 20TH DAY OF AUGUST 2021.**

HAMMONS, HURST & ASSOCIATES

/s/ Mark Hammons
Mark Hammons, OBA #3784
Amber L. Hurst, OBA # 21231
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
amber@hammonslaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on this 20th day of August 2021.

Victor F. Albert, OBA # 12069
Justin P. Grose, OBA # 31073
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
The Heritage Building
621 N Robinson Ave., Suite 40
Oklahoma City, Oklahoma 74102
Telephone: (405) 546-3755 (Vic Albert direct line)
Telephone: (405) 546-3758 (Justin Grose direct line)
Facsimile: (405) 546-3775
Victor.Albert@oletree.com
Justin.Grose@oletree.com
*Attorneys for Defendant*

/s/ Mark Hammons